# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LINAMAR CORPORATION, d/b/a LINTOOL
MFG., a corporation organized under the laws
of Canada and the Province of Ontario,        Civil Case Number: 09-11458

   Plaintiff,        PAUL D. BORMAN
          UNITED STATES DISTRICT COURT
v.

HARVEY GOLDMAN AND COMPANY,
d/b/a WORLDWIDE EQUIPMENT
COMPANY, a Michigan Corporation, and
INDEPENDENT BANK CORPORATION,
a/k/a MIDWEST GUARANTY BANK, a
Michigan Corporation,

   Defendants.
_____ /

### ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR POSSESSION UNDER FED. R. CIV. P. 64, M.C.L. § 600.2920, AND M.C.R. 3.105(E)

  This matter having come before the Court upon Plaintiff's Motion for Possession Pending Final Judgment Under Fed. R. Civ. P. 64, Mich. Comp. Laws § 600.2920, and M.C.R. 3.105(E), and the Court being advised in the premises;

  **IT IS HEREBY ORDERED** that Defendant Harvey Goldman and Company, d/b/a Worldwide Equipment Company ("Worldwide") shall refrain from damaging, destroying, concealing, disposing of, or using so as to substantially impair its value, the following: sixteen Makino Lablond Machining Centers ("Machines") and specialty purpose machines sold to Worldwide Equipment by Linamar Corporation, d/b/a Lintool Mfg. pursuant to Worldwide purchase order no. 14711 dated July 22, 2008, until further order of this Court.

**IT IS FURTHER ORDERED** that Worldwide is not prohibited from marketing for sale and consummating a sale of the Machines; provided, however, in the event of such a sale, all lien rights of any secured parties with an interest in Worldwide's assets shall attach to the proceeds of sale, and said proceeds shall be held in trust by Worldwide or its agent pending further order of this Court.

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 6, 2009.

s/Denise Goodine
Case Manager